Sept 12, 2007

Rita E Adler
State of NY Grievance Committee
150 Motor Pkwy

CV-99-8163

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   SEP 20 2007   ★

LONG ISLAND OFFICE

Dear Ms Adler,

In response to your letter dated Sept 5, 2007, I would like to state that I do not approve, condone, or authorize, any of the radical comments Ms. Pollack has made against Judge Bianco and all professionals involved in this case. I am sure that you have read his orders and can clearly see his enormous tolerance of a very disrespectful attorney. As of June 5th, 2007, I verbally terminated Ms. Pollack and did not authorize any appeal on my behalf. Enclosed is a copy of the certified letter she received. I am advising the court of this so no impression of any approval by me can be inferred. As far as her asking me to reimburse her for Dr Tinaris testimony that is clearly her reaction to filing the grievance against her since Ms Pollack voluntarily agreed to pay for this witness with her own money as I had clearly stated to her I could not pay for this witness to appear. I have two witnesses who will testify to this and also to include the secretary of Dr Tinaris. Sherry was notified by me that Ms. Pollack was paying for this. I did not sign any statement or contract to pay Ms. Pollack for the appearance of Dr Tinari and Ms. Pollack stated in her letter " you called upon me to pay the expert $3000 dollars so that he would testify" I told Ms. Pollack that the case spoke for itself and we did not need any experts testifying. Ms. Pollack kept insisting on having experts testify and I told her under no circumstances could I afford to pay for this. I told Ms. Pollack to just use our witnesses as we had.

Sincerely Yours,

Hope Stuart